SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
ANGELA THORNTON-MILLARD (IA 17922)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (816) 936-5079
angela.thornton-millard@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GINA CHRISTINE MARTINEZ,<br><br>              Plaintiff,<br><br>       vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>              Defendant. | Civil No. 2:25-cv-00945-DJA<br><br><br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CERTIFIED ADMINISTRATIVE RECORD AND ANSWER<br><br>*(FIRST REQUEST)* |

Defendant, Frank Bisignano, Commissioner of Social Security (the "Commissioner"), by and through his undersigned attorneys, hereby moves for a 30-day extension of time to file the Certified Administrative Record (CAR) and answer to Plaintiff's Complaint. The CAR and answer to Plaintiff's Complaint are due to be filed by July 28, 2025. This is Defendant's first

request for an extension of time. Defendant requests this extension because Defendant has been notified that the CAR is not yet available in this case. Defendant therefore cannot respond to Plaintiff's Complaint. Once the CAR arrives, Defendant will need to review it for defects before submitting it.

For these reasons, Defendant requests an extension in which to respond to the Complaint until August 27, 2025. If Defendant is unable to produce the CAR record necessary to file an Answer in accordance with this Order, Defendant shall request an additional extension prior to the due date.

On July 23, 2025, the undersigned conferred with Plaintiff's counsel, who has no opposition to the requested extension.

It is therefore respectfully requested that Defendant be granted an extension of time to file the CAR and answer to Plaintiff's Complaint, through and including August 27, 2025.

DATED July 23, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

By: s/ Angela Thornton-Millard
ANGELA THORNTON-MILLARD
Special Assistant United States Attorney
Office of Program Litigation, Office 7

Attorneys for Defendant

**IT IS SO ORDERED** that Defendant's Unopposed Motion for Extension of Time to File Certified Administrative Record and Answer (ECF No. 6) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7/24/2025