Marc V. Kalagian
Attorney at Law: 45400
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Gina Christine Martinez

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GINA CHRISTINE MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:25-cv-00945-DJA<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND ORDER<br><br>(FIRST REQUEST) |

Plaintiff Gina Christine Martinez and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 20, 2022 to October 10, 2025, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension.

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Additionally, Counsel encountered technical difficulties accessing the firm's case management system, which hindered his ability to complete the brief within the prescribed timeframe.

DATE: September 22, 2025        Respectfully submitted,
                                LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                        /s/ *Marc V. Kalagian*[1]
                BY: _____
                        Marc V. Kalagian
                        Attorney for plaintiff Gina Christine Martinez


DATE: September 22, 2025        SIGAL CHATTAH
                                United States Attorney



                                /s/ Angela Thornton-Millard
                BY: _____
                        Angela Thornton-Millard
                        Special Assistant United States Attorney
                        |*authorized by e-mail|


IT IS SO ORDERED:
                        _____
                        DANIEL J. ALBREGTS
                        UNITED STATES MAGISTRATE JUDGE

                        DATED: 9/24/2025

_____

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:25-CV-00945-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on September 22, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff
_____